JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELMIRA PANTOJA, | Case No. CV 19-2132 JFW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 10, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE